# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:24-cv-00102-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE SCHEDULING REPORT<br><br>**DEADLINE: JUNE 28, 2024**<br><br>(ECF No. 15) |

A scheduling conference is set for July 2, 2024 in this matter. (ECF No. 15.) Pursuant to the order continuing the mandatory scheduling conference, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (Id. at 2.) No joint report has been filed in this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause why monetary sanctions should not

1

issue for the failure to file a joint report in compliance with order setting the mandatory scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing no later than **June 28, 2024** why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the May 3, 2024 order continuing the mandatory scheduling conference; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **June 26, 2024**

UNITED STATES MAGISTRATE JUDGE