# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00102-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 18, 19) |

A scheduling conference is set for July 2, 2024 in this matter. (ECF No. 15.) Because the parties failed to file a joint scheduling report one week prior to the scheduling conference, the Court issued an order on June 26, 2024 requiring the parties to show cause why sanctions should not issue. (ECF No. 18.)

On June 27, 2024, the parties filed a response to the order to show cause stating they inadvertently overlooked the matter on their calendars due to described personal and medical circumstances. (ECF No. 19.) The Court notes the parties also filed a joint scheduling report on June 28, 2024. (ECF No. 20.) The Court finds good cause to discharge the order to show cause.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the June 26, 2024 order to show cause (ECF No. 18) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 28, 2024**

_____
UNITED STATES MAGISTRATE JUDGE