# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, *as representative of the estate of Aimee Nicole Doughty*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:24-cv-00102-KES-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 53) |

Before the Court is the parties' stipulation to modify discovery dates in the scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

| | |
|---|---|
| **Answer or Responsive Pleading Deadline:** | May 23, 2025 |
| **Close of Non-Expert Discovery:** | September 22, 2025 |
| **Expert Disclosures:** | October 27, 2025 |
| **Rebuttal Expert Disclosures:** | November 24, 2025 |
| **Close of Expert Discovery:** | December 15, 2025 |
| **Dispositive Motion Deadline:** | January 16, 2026 |

IT IS SO ORDERED.

Dated: **April 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge