# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, et al., | Case No. 1:24-cv-00102-KES-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST FOR AN ORDER ALLOWING DEFENDANTS TO DEPOSE MINOR PLAINTIFFS AFTER DISCOVERY CUTOFF |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | (ECF No. 59) |

On August 13, 2025, the parties filed a stipulated request for an order allowing Defendants to depose minor Plaintiffs E.R.M. and E.K.M. after the discovery cutoff (currently set to expire September 22, 2025) should Plaintiff choose to call either or both as witness at trial (currently set for April 21, 2026). (ECF No. 59.) The parties proffer that the six minor Plaintiffs noticed their own depositions to take place on May 20, 2025. On May 15, 2025, counsel for Plaintiffs informed counsel for Defendants that they do not intend to call the two youngest plaintiffs, E.R.M. and E.K.M., as witnesses at trial due to their limited capacity for testimony. Because neither side presently intends to call E.R.M. or E.K.M. at trial, the parties agreed to take the depositions off calendar. The instant request is made in the event a change in the testimonial capacities of either E.R.M. or E.K.M. occurs while this matter is pending. In that

1

case, Plaintiffs have agreed to notify Defendants and will make E.R.M. and E.K.M. available for Defendants to depose.

The Court finds good cause to grant the parties' stipulated request to effectively modify the scheduling order for the limited purpose of allowing Defendants to depose either E.R.M. or E.K.M. at any point prior to trial only if Plaintiffs decide to call either at trial. <u>The parties shall notify the Court of the date of the depositions (should they occur) so the Court may make itself available at that time to ensure any disputes concerning the questioning of the minors are addressed at the earliest possible juncture.</u>

Accordingly, IT IS HEREBY ORDERED that the stipulated request to modify the scheduling order for the limited purpose of allowing Defendants to depose either E.R.M. or E.K.M. at any point prior to trial should Plaintiffs decide to call either E.R.M. or E.K.M. at trial (ECF No. 59) is GRANTED.

IT IS SO ORDERED.

Dated: **August 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2