# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, *as representative of the estate of Aimee Nicole Doughty,* et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.<br><br>Defendants. | Case No. 1:24-cv-00102-KES-SAB<br><br>ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 61) |

Before the Court is the parties' timely stipulation to modify the scheduling order, including the trial date. For good cause shown, the Court hereby approves the stipulation and ORDERS that the following deadlines is CONTINUED to:

| | |
|---|---|
| Expert Disclosures Deadline: | July 27, 2026 |
| Rebuttal Expert Disclosures Deadline: | August 24, 2026 |
| Expert Discovery Deadline: | September 14, 2026 |
| Pre-Trial Dispositive Motions Filing Deadline: | October 19, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Pre-Trial Conference: | November 09, 2026 |
| 2 | Trial: | January 19, 2027 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **September 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge