# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, et al., | Case No. 1:24-cv-00102-SAB |
| Plaintiffs, | ORDER GRANTING WITHDRAWAL OF ATTORNEY YURY A. KOLESNIKOV AND DIRECTING CLERK OF COURT TO TERMINATE YURY A. KOLESNIKOV AS ATTORNEY OF RECORD |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | (ECF No. 64) |

On October 3, 2025, a notice of withdrawal of Yury A. Kolesnikov as counsel for Defendants City of Fresno, Paco Balderrama, E. Clairborne, R. Harrell, Richard Escalante, Robert Fry, Ricardo Loza, Manpreet Uppal, and Anthony Vallez was filed. (ECF No. 64.) The Court finds that at least one member of Manning & Kass Ellrod Ramirez Trester LLP will continue to serve as counsel of record for Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Yury A. Kolesnikov as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Yury A. Kolesnikov as counsel of record for Defendants City of Fresno, Paco Balderrama, E. Clairborne, R. Harrell, Richard Escalante, Robert Fry, Ricardo Loza, Manpreet Uppal, and Anthony Vallez.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge