# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00102-KES-SAB<br><br>ORDER GRANTING STIPULATED REQUEST FOR AN ORDER ALLOWING DEFENDANTS TO DEPOSE MINOR PLAINTIFFS AFTER DISCOVERY CUTOFF<br><br>(ECF No. 66) |

　　　　On October 17, 2025, the parties filed a stipulated request for an order allowing Defendants to depose minor Plaintiff U.C. after the discovery cutoff should Plaintiff choose to call him as a witness at trial (currently set for January 19, 2027). (ECF No. 59.)  The parties proffer that the six minor Plaintiffs noticed their own depositions to take place on May 20, 2025. On May 20, 2025, the parties were informed by U.C.'s group home facility that he had run away from his placement and could not be found.  Defendants were unable to depose U.C. on that day. On August 7, 2025, Defendants re-noticed U.C.'s deposition to occur on September 19, 2025. On September 16, 2025, Defendants were informed by counsel for Plaintiffs that U.C. consistently runs away and was unlikely to show up for his deposition.  Because neither side presently intends to call U.C. at trial, the parties agreed to take the deposition off calendar.

1

1  Should U.C. decide to participate in the litigation and should Plaintiffs decide to call him at trial
2  while the matter is still pending, Plaintiffs have agreed to notify Defendants and will make U.C.
3  available for Defendants to depose.

4      The Court finds good cause to grant the parties' stipulated request to effectively modify
5  the scheduling order for the limited purpose of allowing Defendants to depose U.C. at any point
6  prior to trial, but only in the event Plaintiffs decide to call him at trial.  <u>If such a deposition is to
7  occur, the parties shall promptly notify the Court of the scheduled date so the Court may make
8  itself available at that time to ensure any disputes concerning the questioning of a minor are
9  addressed at the earliest possible juncture.</u>

10      Accordingly, IT IS HEREBY ORDERED that the stipulated request to modify the
11  scheduling order for the limited purpose of allowing Defendants to depose U.C. at any point
12  prior to trial should Plaintiffs decide to call him at trial (ECF No. 66) is GRANTED.

IT IS SO ORDERED.

Dated:   **October 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2