# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MALDONADO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:24-cv-00102-KES-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 69) |

Before the Court is the parties' stipulation to modify the Court's scheduling order.  (ECF No. 69.)  For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | Expert Disclosure Deadline: | January 27, 2027 |
| 2. | Rebuttal Expert Disclosure Deadline: | February 24, 2027 |
| 3. | Expert Discovery Deadline: | March 15, 2027 |
| 4. | Disposition Motion Filing Deadline: | April 19, 2027 |
| 5. | Pre-Trial Conference: | May 24, 2027 |
| 6. | Trial: | July 27, 2027 |

IT IS SO ORDERED.

Dated:   **June 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge